```
1  CORFEE STONE LAW CORPORATION
   Catherine M. Corfee, Esq., SBN 155064
2  P.O. Box 1098
   Carmichael, CA 95609
3  T: (916) 487-5441; Fax: (916) 487-5440
   Email: corfee.catherine@gmail.com
4         corfee.assistant@gmail.com

5  Attorney for Defendant
   Timothy Dunkin and Jill Dunkin
6
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE DOZIER,** | Case: 2:23-cv-02091-JAM-DB |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT AND ORDER** |
| v. | |
| **Timothy L. Dunkin, Individually and as Trustee** | |
| **Jill C. Dunkin, Individually and as Trustee** | |
| Defendant(s). | |

It is hereby stipulated between Plaintiff, represented by Richard Morin, Esq., Law Office of Rick Morin, PC, and Defendants, Timothy L. Dunkin, Individually and as Trustee and Jill C. Dunkin, Individually and as Trustee, represented by Corfee Stone Law Corp and Catherine M. Corfee, Esq., that Defendants defaults at ECF 9 and 10 be set aside. The parties have agreed that 10 days is a reasonable and sufficient time within which to file a responsive pleading.

Date: January 8, 2024           CORFEE STONE LAW CORP.

                                /s/ *CatherineM.Corfee*

Attorney for Defendant

Plaintiff consents to an order setting aside the default.

Dated: January 9, 2023     /s/ Richard Morin
　　　　　　　　　　　　　Richard Morin,
　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　Lee Dozier

## ORDER

GOOD CAUSE APPEARING, the default entered against defendants Timothy L. Dunkin, Individually and as Trustee and Jill C. Dunkin, Individually and as Trustee are **SET ASIDE.** Defendants have **10 days** to file and serve the answer.

Dated: January 09, 2024     /s/ John A. Mendez
　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE